JULIA B. JONES ET AL. *v.* TOWN OF
LITCHFIELD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 1 Conn. App. 40, is denied.

*Robert W. Heagney,* in support of the petition.

Decided February 1, 1984

MERCEDES CARLINO *v.* DANBURY HOSPITAL ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 142, is denied.

*Kevin J. Maher,* in support of the petition.

*Richard L. Jacobs,* in opposition.

Decided February 9, 1984

HOUSING AUTHORITY OF THE CITY OF HARTFORD *v.*
LOCAL 1161, COUNCIL 4, AFSCME ET AL.

The defendant Elizabeth Armstrong's petition for certification for appeal from the Appellate Court, 1 Conn. App. 154, is denied.

*Walter A. Twachtman, Jr.,* in support of the petition.

*Alan I. Scheer,* in opposition.

Decided February 9, 1984

DONALD C. JOHNSON *v.* THEODORE MURZYN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 1 Conn. App. 176, is denied.

*Joseph Q. Koletsky,* in support of the petition.

*Mary E. Holzworth,* in opposition.

Decided February 9, 1984